Griffin & Sullivan

Kevin M. Sullivan, Esq.

369 Pine Street, Suite 400

San Francisco, California 94104

415-397-2600; 415-397-2690 (facsimile)

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTH DISTRICT OF CALIFORNIA SAN JOSE DIVISION

| | |
|---|---|
| In re Maria Elena Mendoza Farsheedi | CASE NO. C-09-03888 JF |
| Debtor | MATTER ON APPEAL |
|  | FROM: Case No. 08-52697 RLE |
|  | ADV. PROC. 08-5202 |
| BAD BOYS BAIL BONDS, INC. | NO HEARING DATE ON |
| Plaintiff | EX PARTE MOTION |
| v. |  |
| Maria Elena Mendoza Farsheedi | Hearing Date: 11/20/2009 |
| Defendant | Judge Jeremy Fogel |

{PROPOSED} ORDER GRANTING LEAVE TO FILE SUPPLEMENT TO REPLY

REGARDING MOTION FOR LEAVE TO APPEAL 28 U.S.C. 158 (a)

---

{Proposed} Order Granting Leave to File Supplement to Reply to Motion for     1
Leave to Appeal Under 28 U.S.C. 158 (a)

2

1  The matter of the Ex Parte Motion and Motion for Leave to File Supplement to Reply Regarding
2  the Motion, which Motion is currently docketed for Hearing before the Honorable Jeremy Fogel,
3  Judge Presiding, on the 20th day of November, 2009 came before the Court on the ___ day of
4  October, 2009, 280 South First Street, San Jose, California 95113, the Honorable Jeremy Fogel,
5  Judge Presiding.
6       After review of all pleadings with respect to the Motion for Leave to file Supplement to
7  Reply Regarding the Motion for Leave to Appeal, the Court does hereby order as follows:

1. The ex parte Motion of Bad Boys Bail Bonds, Inc. for Leave to file Supplement to Reply Regarding Motion for Leave to Appeal Under 28 U.S.C. 158 (a) is GRANTED subject to the conditions set forth below;

2. The Supplement to Reply, which Reply is presented on file with this Court, shall not exceed ten (10) pages including any Exhibits thereto;

3. The Supplement to Reply must be on file with this Court and be served, by HAND onto counsel for T-Mobile, by or before the close of business on the 27th day of October 2009. A copy of the filed Supplement shall be mailed to counsel for Maria Elena Mendoza Farsheedi by or before the close of business on the 27th day of October, 2009;

4. T-Mobile shall be permitted to file an Opposition to the Supplement to the Reply, with this Court with a copy of same served, by HAND onto counsel for Bad Boys Bail Bonds, Inc., by or before the close of business on the 30th day of October 2009. The Opposition to the Supplement to the Reply shall not exceed ten (10) pages including any Exhibits thereto. A copy of the filed Opposition shall be mailed to counsel for Maria Elena Mendoza Farsheedi by or before the close of business on the 30th day of October, 2009;

{Proposed} Order Granting Leave to File Supplement to Reply to Motion for    2
Leave to Appeal Under 28 U.S.C. 158 (a)

5. Bad Boys Bail Bonds, Inc. shall not be permitted to file any form of response to the Opposition filed by T-Mobile to which reference is made in Paragraph 4 hereinabove. Additionally, unless otherwise requested by this Court, no further pleadings shall be filed with respect to the matter of the Motion for Leave to Appeal.

Dated: October 22, 2009

Jeremy Fogel, Judge

United States District Court

280 South First Street

Fifth Floor

San Jose, California 95113

{Proposed} Order Granting Leave to File Supplement to Reply to Motion for Leave to Appeal Under 28 U.S.C. 158 (a)     3